FILED IN OPEN COURT
U.S.D.C ATLANTA

Date: 04/12/2023

KEVIN P. WEIMER, Clerk

By: /s/Sonya Lee Coggins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOBBY KNIGHT | Criminal Information<br><br>No. 1:23-CR-00071 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown and continuing to on or about November 10, 2021, in the Northern District of Georgia, the defendant,

BOBBY KNIGHT,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to violate Title 21, United States Code, Section 841(a), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

## Forfeiture

Upon conviction of the offense alleged in this Information, the defendant, BOBBY KNIGHT, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted;

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

RYAN K. BUCHANAN
 United States Attorney

MARY L. WEBB
 Assistant United States Attorney
Georgia Bar No. 940420

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6002