IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| BOBBY KNIGHT | 1:23-CR-71 |

I, Bobby Knight, the above named defendant, who is accused of conspiracy to possess with intent to distribute cocaine and methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code Sections 841(a)(1) and (b)(1)(C), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 12, 2023, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*/s/ Bobby Knight*
Bobby Knight
Defendant

*/s/ Jay Shreenath*
Jay Shreenath
Counsel for Defendant

Before */s/* 
Judicial Officer