# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00071-SDG-CMS
## USA v. Turner et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 04/12/2023.

TIME COURT COMMENCED: 3:45 P.M.
TIME COURT CONCLUDED: 4:25 P.M.     COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:40                DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Bobby Knight Present at proceedings |
| ATTORNEY(S) PRESENT: | Mary Webb representing USA<br>Jay Shreenath representing Bobby Knight |
| PROCEEDING CATEGORY: | Change of Plea to Information; |
| MINUTE TEXT: | Defendant was sworn, advised of rights, arraigned on Information, and entered a guilty plea on sole count of the Information. Waiver of Indictment, Plea Agreement, and ATL Court contract signed and entered. The Court accepted the plea as knowingly and voluntarily entered. Sentencing date deferred pending completion of ATL Court program. |