IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOBBY KNIGHT | CRIMINAL ACTION NO.<br><br>1:22-cr-92-SDG-CMS<br>1:23-cr-71-SDG |

## **O R D E R**

Bobby Knight is a participant in the Northern District of Georgia's alternative to incarceration program, the ATL Court. The United States Probation Office has determined that he would benefit from mental health treatment and/or counseling. Accordingly, his conditions of release are modified to include the following condition: **Mr. Knight shall submit to mental health treatment/counseling as deemed necessary by Pretrial Services.**

**SO ORDERED** this 26th day of April, 2023.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE