# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00071-SDG-CMS
## USA v. Knight
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 04/23/2024.

TIME COURT COMMENCED: 12:30 P.M.
TIME COURT CONCLUDED: 12:55 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
USPO: Lauren Pena
DEPUTY CLERK: Danielle Brye

DEFENDANT(S): [1]Bobby Knight Present at proceedings

ATTORNEY(S) PRESENT: Meghan Jones representing Bobby Knight
Mary Webb representing USA
Gabriel Mendel representing USA

PROCEEDING CATEGORY:

MINUTE TEXT: Sentencing Hearing held on April 23, 2024. The Court ADOPTED the Finding of Facts and Conclusions of Law in the PSR and announced the guideline calculations. No objection to the guideline calculations as announced. The Court heard argument from the parties in support of binding plea agreement. The Court noted Defendant successfully completed the ATL Court Program. Defendant allocuted. Defendant sentenced to probation for a term of three years, a special assessment of $100.00, and no fine. Further details can be found in the Judgment and Commitment Order. The Court advised defendant of his appeal rights. The Court ORDERED that Defendant be allowed to travel immediately for the limited purpose of visiting his mother in North Carolina. All other travel restrictions made at the discretion of the probation officer remain in place. Judgment and Commitment Order to be entered separately.